| | |
|---|---|
| 1 | **CIVILLE & TANG** |
| | 2nd Floor, Cabrera Center |
| 2 | PMB 86, P.O. Box 10003 |
| | Saipan, MP 96950-8908 |
| 3 | Telephone: (670 235-1725 |
| | Facsimile: (670) 235-1726 |
| 4 | |
| | *Attorneys for Defendants* |
| 5 | *Commonwealth of the Northern Mariana Islands and* |
| | *Office of the Attorney General* |

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY, | CIVIL ACTION NO. 05-0020 |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive, | **SECOND CONTINUANCE** |
| Defendants. | |

The plaintiff and the Commonwealth of the Northern Mariana Islands and Office of the Attorney General ("Commonwealth defendants"), through counsel, stipulate that the Commonwealth defendants shall have until August 31, 2005 in which to answer or otherwise respond to the complaint. The basis for this stipulation is that defendant Hutton has not yet

///

///

1

ORIGINAL

retained counsel and the Commonwealth defendants wish to speak with Hutton before responding to certain allegations in the complaint.

**CIVILLE & TANG**

DATED: August 17, 2005      By: /s/ G. PATRICK CIVILLE
*Attorneys for Defendants
Commonwealth of the Northern Mariana
Islands and Office of the Attorney General*

**LAW OFFICE OF ROBERT TENORIO TORRES**

DATED: August 18, 2005      By: /s/ ROBERT TENORIO TORRES
*Attorney for Plaintiff*

**ORDER**

The foregoing is hereby APPROVED and SO ORDERED.

DATED: 8-19-05

/s/ HONORABLE ALEX R. MUNSON
**JUDGE, District Court for the NMI**

RECEIVED
AUG 19 2005
Clerk
District Court
For The Northern Mariana Islands