F I L E D
Clerk
District Court

SEP 0 6 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670 235-1725
Facsimile: (670) 235-1726

*Attorneys for Defendants*
*Commonwealth of the Northern Mariana Islands and*
*Office of the Attorney General*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY, ) | CIVIL ACTION NO. 05-0020 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **STIPULATION AND ORDER** |
| ) | **EXTENDING TIME TO RESPOND** |
| COMMONWEALTH OF THE NORTHERN ) | **TO COMPLAINT** |
| MARIANA ISLANDS, OFFICE OF ) | |
| THE ATTORNEY GENERAL, ) | |
| DAVID W. HUTTON, individually and in his ) | **THIRD EXTENSION** |
| capacity as a supervisory employee of the ) | |
| Office of the Attorney General and the ) | |
| Commonwealth of the Northern Mariana ) | |
| Islands; and DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The plaintiff and the Commonwealth of the Northern Mariana Islands, through counsel, stipulate and agree that the Commonwealth shall have until September 26, 2005 in which to answer or otherwise respond to the complaint. The basis for this extension is that the parties are engaged in settlement discussions, and wish to further explore the possibility of settlement before becoming more deeply engaged in this litigation. The efforts of the parties is handicapped at the moment

ORIGINAL

1  because Mr. Hutton has not yet been able to retain counsel. The parties are advised that active efforts
2  to retain counsel for Mr. Hutton are ongoing and that he should soon have counsel.

3      The parties further stipulate that the plaintiff may file an amended complaint, adding
4  additional parties, without the leave of Court, at any time up to thirty days after the Commonwealth
5  answers or otherwise responds to the Complaint.

6      SO STIPULATED.

7                                **CIVILLE & TANG**

9  DATED: September 1, 2005    By: _____
                                              G. PATRICK CIVILLE
10                                    *Attorneys for Defendants*
                                   *Commonwealth of the Northern Mariana*
11                                    *Islands*

12
                              **LAW OFFICE OF ROBERT TENORIO TORRES**
13

14
DATED: September 6th, 2005    By: _____
15                                      ROBERT TENORIO TORRES
                                   *Attorney for Plaintiff*
16

17                                     **ORDER**

18 The foregoing is hereby APPROVED and SO ORDERED.
19 DATED: 9-6-2005
20

21
22                                    _____
                                   HONORABLE ALEX R. MUNSON
23                                    JUDGE, District Court for the NMI

RECEIVED
SEP 0 6 2005
Clerk
District Court
For The Northern Mariana Islands