**CIVILLE & TANG**
2nd Floor Cabrera Center
PMB. 86, P.O.Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725
Facsimile: 670/235-1726

*Attorneys for Defendants.*
*Commonwealth of the Northern Mariana Islands and*
*Office of the Attorney General*

F I L E D
Clerk
District Court

SEP 2 8 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY., ) <br> ) <br> Plaintiffs, ) <br> ) <br> - vs - ) <br> ) <br> COMMONWEALTH OF THE NORTHERN ) <br> MARIANA ISLANDS, OFFICE OF ) <br> THE ATTORNEY GENERAL., ) <br> DAVID W. HUTTON, individually and in his ) <br> capacity as a supervisory employee of the ) <br> Office of the Attorney General and the ) <br> Commonwealth of the Northern Mariana ) <br> Islands, and DOES 1 - 10, inclusive, ) <br> ) <br> Defendants. ) | CIVIL ACTION NO: 05-0020 <br><br> **CERTIFICATE OF SERVICE** |

I, Kerishnan Samy Naidu, hereby certify that I am an adult person and that I, served a copy of the defendants :

**ANSWER TO COMPLAINT**

---

1.  **Served On**  :  Law Offices of Robert Tenorio Torres,

    **Date Served**  :  September 26, 2005

    **Received By**  :  Law Office Staff

---

ORIGINAL

2.        Served On      :        Law Offices of G. Anthony Long,

          Date Served    :        September 26, 2005

          Received By    :        Law Office Staff

I swear under penalty of perjury that the forgoing is true and correct and that this **Certificate of Service** was executed on the __28th__ day of September, 2005.

_____
Kerishnan Samy Naidu