FILED
Clerk
District Court

OCT -3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOD SEVERY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive<br><br>Defendants. | Civil Action No. 05-0020<br><br>Order Rescheduling Case Management Conference |

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

G. Patrick Civille
Attorney at Law
PMB 86, P.O. Box 10003
Saipan, MP 96950

IT IS ORDERED that the Case Management Conference in the above matter scheduled for Monday October 17, 2005, at 8:30 a.m., is rescheduled to 10:00 a.m., on the same date.

DATED this 3rd day of October, 2005

_____
Judge Alex R. Munson

AO 72
(Rev. 8/82)