Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

Attorney for Defendant David Hutton, individually and in his personal capacity

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LYNWOOD SEVERY<br><br>Plaintiff<br><br>v.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL; DAVID HUTTON individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of Northern Mariana Islands; and DOES 1 - 10, inclusive<br><br>Defendants | CIVIL ACTION NO. 05-0020<br><br>HUTTON'S PROPOSED CASE MANAGEMENT STATEMENT<br><br>DATE: OCTOBER 17, 2005<br>TIME: 10:00 AM<br>JUDGE: ALEX R. MUNSON |

Comes now defendant David Hutton ("Hutton") who submits the following proposed Case Management Conference Statement:

**(a)     Service of Process**:

All defendant have been served.

**(b)   Jurisdiction and Venue:**

Subject matter jurisdiction and venue is proper.

**(c)   Track Assignment:**

Complex

**(d)   Anticipated motions:**

At this time, the motions defendant anticipate filing include, but are not limited to the following:

1. Motion to amend answer;

2. Discovery motions; and

3. Summary Judgment

**(e)   Anticipated Discovery and Limitation on Discovery:**

1. Interrogatories, a request to product and a request for admissions will be served upon plaintiff.

2. Defendant anticipates taking the deposition of plaintiff and five or more fact witnesses.

**(f) Further proceedings:**

Plaintiff leaves the setting of the proceedings to the court.

**(g)     Special Procedures:**

Not necessary.

**(h)     Modification of the standard pre-trial procedures:**

No modifications necessary.

**(I)     Settlement prospects:**

Defendant believes settlement may be possible.

**(j)     Limitation of issues:**

No limitation is necessary, at this time.

**(k)     Setting of dates:**

Defendants agree with the dates submitted by the Commonwealth of the Northern Mariana Islands.

Dated this 12th day of October, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long