Law Office of G. Anthony Long
P. O. Box 504970, Second Floor Lim's Bldg.
San Jose, Saipan, MP 96950
Telephone No. (670) 235-4802
Facsimile No. (670) 235-4801

FILED
Clerk
District Court

OCT 12 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Attorney for Defendant David Hutton, individually and in his personal capacity

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| KAREN LYNWOOD SEVERY | ) **CIVIL ACTION NO. 05-0020** |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COMMONWEALTH OF THE NORTHERN | ) |
| MARIANA ISLANDS, OFFICE OF THE | ) |
| ATTORNEY GENERAL; DAVID HUTTON | ) **RULE 26 DISCOVERY DISCLOSURES** |
| individually and in his capacity as a | ) |
| supervisory employee of the Office of the | ) DATE: OCTOBER 17, 2005 |
| Attorney General and the Commonwealth of | ) TIME: 10:00AM |
| Northern Mariana Islands; and DOES 1 - 10, | ) JUDGE: ALEX R. MUNSON |
| inclusive | ) |
| | ) |
| Defendants | ) |
| | ) |

Comes now defendant David Hutton ("Hutton") who submits the following pre-

discovery disclosure:

**A.    PERSONS WITH DISCOVERABLE INFORMATION:**

In additional to each off the parties, persons known to Hutton with discoverable

knowledge include but are not limited to the following:

Pamela Brown, Esq.

Page 1 of 6

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel No: (670) 235-4802  Fax No: (670) 235-4801

Attorney General
Office of the Attorney General
2nd Floor Administration Building
Capitol Hill, Saipan, MP 96950
(670) 664-2341

Clyde Lemons, Jr.,Esq.
Deputy Attorney General
Office of the Attorney General
2nd Floor Administration Building
Capitol Hill, Saipan, MP 96950
(670) 664-2341

Ed Buckingham, Esq.
Assistant Attorney General
Office of the Attorney General
2nd Floor Administration Building
Capitol Hill, Saipan, MP 96950
(670) 664-2341

Benjamin Sachs, Esq.
Former Assistant Attorney General
Civil Division
(Current Address unknown)

Alex Shapiro, Esq.
Former Assistant Attorney General
Criminal Division
(Current Address unknown)

Grant D. Sanders, Esq.
Former Assistant Attorney General
Criminal Division
(Current Address unknown)

Janine  Udui
Assistant Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Jeff  Warfield, Esq.
Assistant Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

**LAW OFFICE OF G. ANTHONY LONG**
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Rebecca Warfield, Esq.
Assistant Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Heather Barcinas
Administrative Assistant
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Clarinda Castro
Administrative Assistant
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Ester San Nicolas
Administrative Assistant
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Frieda Demapan
Administrative Assistant
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Blumel Ada
Victim's Advocate
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366

Wilfred Villagomez

Page 3 of 6

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802  Fax No: (670) 235-4801

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Administrative Officer
Office of the Attorney General
Criminal Division
Civic Center
Susupe, Saipan, MP 96950
(670) 664-2366


Joseph DLG Taijeron, Esq.
Assistant Attorney General
Department of Public Safety
Civic Center, Susupe, Saipan, MP 96950
(670) 664-9000

Massod Karimapour, Esq.
Public Defender
Office of the Public Defender
Civic Center, Susupe, Saipan, MP 96950
(664) 234-6215

Bertha Camacho
Administrative Assistant
Office of the Public Defender
Civic Center, Susupe, Saipan, MP 96950
(664) 234-6215


Diane Cabrera, Esq
Law Office of Edward Manibusan
P.O. Box 7934 SVRD
Saipan, MP 96950
(670) 235-6520

Jesus R. Matagolai
Acting Director of Personnel
Office of the Governor
Office of Personnel Management
P. O. Box 5153 CHRB
Saipan, MP 96950
(670) 234-6925

AJ Tusa
New Orleans, La
(current address unknown).

Henry Pleasant
New Orleans, La
(current address unknown)

Page 4 of 6

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

**B.     DESCRIPTION AND LOCATION OF RELEVANT DOCUMENTS:**

The documents possessed by Hutton relevant to his defenses in this lawsuit are as follows:

Employment Contract of David Hutton as Chief Prosecutor

June 23, 2004 Report of OPM Investigation of Severy complaint against Hutton

June 23, 2004 Report of OPM Investigation of Cabrera complaint against Hutton

Transcript of May 13, 2004 Interview of Hutton in connection with Severy complaint

April 22, 2004 Memorandum from Attorney General to Karen Severy, Re re-assignment

March 8, 2004 memo from Attorney General to Hutton re: Byrne Grant re- assignment

March 8, 2004 memo from Hutton to Criminal Division Re: Byrne Grant re- assignment

September 23, 2003 memo from Severy to Hutton re: Office Problems/Issues

February 23, 2004 email from Severy to Pam Brown re; Order to Show Cause

Resume of Karen Severy

Emails of Alex Shapiro

Emails to and from Hutton and the Attorney General

Documentation possessed by the Commonwealth of the Northern Mariana Islands which Hutton believes to be relevant to his defense include the following:

Severy's personnel file

Severy's employment contract

Page 5 of 6

LAW OFFICE OF G. ANTHONY LONG
P.O. Box 504970, 2nd Floor Lim's Building
San Jose, Saipan, MP 96950
Tel. No: (670) 235-4802   Fax No: (670) 235-4801

The letter terminating Severy's employment with the Attorney General's Office

The entire OPM investigation file of Severy's complaint

Internal correspondence and communication between the Attorney General and attorneys of the Attorney General's Office.

Internal correspondence and communication between attorneys of the Attorney General's Office.

## C.    EXPERT WITNESSES:

Hutton has not made a determination as to whether he will use an expert witness in this case.

## D    COMPUTATION OF DAMAGES:

Hutton is unaware of any specific damages, if any, actually suffered by plaintiffs.

## E.    INSURANCE

Hutton does not possess any insurance coverage for the claims alleged in this lawsuit. However, the claims are subject to coverage by 7 CMC § 2301 *et seq.*

Dated this 12th day of October, 2005.

Law Office of G. Anthony Long

By: _____
G. Anthony Long