FILED
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**CIVILLE & TANG**
2nd Floor Cabrera Center
PMB. 86, P.O.Box 10003
Saipan, MP 96950-8903
Telephone: 670/235-1725
Facsimile: 670/235-1726

*Attorneys for Defendants.*
*Commonwealth of the Northern Mariana Islands and*
*Office of the Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY., ) | CIVIL ACTION NO: 05-0020 |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| - vs - ) | |
| ) | |
| COMMONWEALTH OF THE NORTHERN ) | |
| MARIANA ISLANDS, OFFICE OF ) | |
| THE ATTORNEY GENERAL., ) | |
| DAVID W. HUTTON, individually and in his ) | |
| capacity as a supervisory employee of the ) | |
| Office of the Attorney General and the ) | |
| Commonwealth of the Northern Mariana ) | |
| Islands, and DOES 1 - 10, inclusive, ) | |
| ) | |
| Defendants. ) | |

I, Kerishnan Samy Naidu, hereby certify that I am an adult person and that I, served a copy of the defendants :

**DEFENDANTS OF COMMONWEALTH AND OFFICE OF THE ATTORNEY GENERAL'S CASE MANAGEMENT STATEMENT**

1.  Served On    :   Law Offices of Robert Tenorio Torres,

    Date Served  :   October 12, 2005

    Received By  :   Law Office Staff

2.  Served On    :   Law Offices of G. Anthony Long,

    Date Served  :   October 12, 2005

    Received By  :   Law Office Staff

I swear under penalty of perjury that the forgoing is true and correct and that this **Certificate of Service** was executed on the __14th__ day of October, 2005.

_____
Kerishnan Samy Naidu