1    **Robert Tenorio Torres**
     **Attorney at Law**
2    1st Floor, D'Torres Bldg.,
     P.O. Box 503758
3    Saipan, MP 96950

4    Tel: (670) 233-7859
     Fax. (670) 233-5749
5    Attorney for: Plaintiff Karen Linwood Severy

F I L E D
Clerk
District Court

OCT 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

6

7

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

8

9    **KAREN LINWOOD**
     **SEVERY,**

10                        **Plaintiff,**

11            **vs.**

12   **COMMONWEALTH OF**
     **THE NORTHERN**
13   **MARIANA ISLANDS,**
     **OFFICE OF THE**
14   **ATTORNEY GENERAL;**
     **DAVID W. HUTTON,**
15   **individually and in his**
     **capacity as a supervisory**
16   **employee of the Office of the**
     **Attorney General  and the**
17   **Commonwealth of the**
     **Northern Mariana Islands;**
18   **and DOES 1-10, inclusive,**

19

20                        **Defendants.**

21

**Civil Action No. 05-0020**

**PLAINTIFF KAREN L.**
**SEVERY'S INITIAL**
**DISCLOSURES PURSUANT**
**TO FED. R. CIV. P. 26(a),**
**26(f), and LR 16.2CJ**

22        In compliance with this Court's September 26, 2005 Order re: Case

23   Management Conference and pursuant to Fed. R. Civ. P. 26(a) and (f), and

*(left margin, vertical text)* Robert Tenorio Torres  Attorney at Law  1st Floor ~ D'Torres Building ~ Garapan  P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1   LR 16.2CJ, Plaintiff Karen Linwood Severy, by and through her

2   undersigned counsel, hereby provides the following information:

3   (A)   <u>Individuals likely to have discoverable information that Plaintiff may</u>

4   <u>use to support her claims or defenses</u>:

5

6   1.   Karen L. Severy: Ms. Severy has personal knowledge of all

7   facts relating to her claims for sex discrimination in violation of 28 U.S.C. §

8   2000e(2)(a)(1) and 16(a); unlawful retaliation in violation of 42 U.S.C. §

9   2000e(3)(a); deprivation of civil rights in violation of 42 U.S.C. § 1983;

10  breach of contract; breach of covenant of good faith and fair dealing;

11  unlawful termination in violation of public policy; and tortious interference

12  with contract. **All contacts and communications with Ms. Severy are to**

13  **be made exclusively through the office of her attorney, Robert T.**

14  **Torres, Esq.**

15

16

17  2.   Erik S. Gaull: Mr. Gaull has personal knowledge of instances

18  of harassment by Defendant Hutton and damages incurred by Plaintiff

19  Severy at the hands of the Defendants named thus far in this proceeding. **In**

20  **light of Mr. Gaul's concerns for personal safety, all contacts and**

21  **communications with Mr. Gaull are to be made exclusively through the**

22  **office of Robert T. Torres, Esq.**

23

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

3.    David W. Hutton
      Office of the Attorney General
      Commonwealth of the Northern Mariana Islands
      2d Floor Hon. Juan A. Sablan Memorial Building
      Caller Box 10007, Capitol Hill
      Saipan, MP 96950
      Tel: (670) 664-2341

Mr. Hutton is believed to have personal knowledge of material

facts and persons with knowledge of material facts underlying: (a) Ms.

Severy's claims for sex discrimination in violation of 28 U.S.C. §

2000e(2)(a)(1) and 16(a); unlawful retaliation in violation of 42 U.S.C. §

2000e(3)(a); deprivation of civil rights in violation of 42 U.S.C. § 1983;

breach of contract; breach of covenant of good faith and fair dealing;

unlawful termination in violation of public policy; and tortious interference

with contract; and  (b) all affirmative defenses raised by Mr. Hutton to date

in this proceeding and specifically his claim that Plaintiff has failed to state

a claim for relief against Hutton in his official capacity; that Plaintiff has

failed to state a claim against Hutton in his personal capacity; that Hutton is

entitled to Qualified Immunity; that Title VII is the exclusive remedy for

allegations of sexual discrimination and sexual harassment; that Plaintiff's

contract is ultra vires; and that Hutton's actions in connection with Ms.

Severy's termination were privileged.  On information, Mr. Hutton may

have relocated from the Commonwealth and may be contacted through his

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1  attorney, Mr. Anthony Long.

2      4.    Pamela Brown, Esq.
             Attorney General
3            Office of the Attorney General
4            Commonwealth of the Northern Mariana Islands
             2d Floor Hon. Juan A. Sablan Memorial Building
5            Caller Box 10007, Capitol Hill
6            Saipan, MP 96950
             Tel: (670) 664-2341

7

8          Ms. Brown is believed to have personal knowledge of material

9  facts and persons with knowledge of material facts relating to Ms. Severy's

10  claims in this case, including, but not limited to: (a) additional complaints

11  concerning Mr. Hutton's treatment of female coworkers and female

12  professionals; the failure and/or refusal of the Attorney General's Office to

13  exercise reasonable care, to undertake remedial measures, and to address

14  Mr. Hutton's unlawful acts; the nature of the investigation undertaken by

15  the Office of the Attorney General in this case; the damages incurred by Ms.

16  Severy as a result of her termination by the Office of the Attorney General;

17

18  and (b) facts underlying the Office of the Attorney General's affirmative

19  defenses, including, but not limited to, Ms. Severy's alleged failure to state

20  a claim; Ms. Severy's alleged failure to exhaust administrative remedies;

21  Ms. Severy's alleged failure to comply with statutory time limitations; the

22

23  injury and prejudice claimed to have been suffered by the Office of the

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1   Attorney General as a result of Plaintiff's alleged delay in filing her

2   Complaint; the reasonable care allegedly exercised by the Office of the

3   Attorney General to prevent and correct harassing behavior; the bar, if any,

4   to the collection of punitive damages; facts limiting the amount of statutory

5

6   damages; the Attorney General's justification to take the actions complained

7   of; Ms. Severy's waiver and release of her Title VII claims; facts barring

8   Ms. Severy from asserting any or all of her claims, including the allegedly

9   exclusive jurisdiction of the CNMI Superior Court.

10

11          5.      Clyde Lemons, Jr.
                    Deputy Attorney General
12                  Office of the Attorney General
                    Commonwealth of the Northern Mariana Islands
13                  2d Floor Hon. Juan A. Sablan Memorial Building
                    Caller Box 10007, Capitol Hill
14                  Saipan, MP 96950
                    Tel: (670) 664-2341
15

16          Mr. Lemons is believed to have personal knowledge of and

17

18   notice of facts underlying Ms. Severy's complaints about Mr. Hutton;

19   knowledge of material facts and persons with knowledge of material facts

20   concerning Ms. Severy's claims in this case; additional complaints

21   concerning Mr. Hutton's treatment of female coworkers; the failure and/or

22
     refusal of the Attorney General's Office to exercise reasonable care, to
23
     undertake remedial measures and to address Mr. Hutton's unlawful acts; the

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1    nature of the investigation undertaken by the Office of the Attorney General

2    in this case; the damages incurred by Ms. Severy as a result of her treatment

3    and termination by the Office of the Attorney General; and (b) facts

4
5    underlying the Office of the Attorney General's affirmative defenses,

6    including, but not limited to, Ms. Severy's alleged failure to state a claim;

7    Ms. Severy's alleged failure to exhaust administrative remedies; Ms.

8    Severy's alleged failure to comply with statutory time limitations; the injury

9    and prejudice claimed to have been suffered by the Office of the Attorney

10   General as a result of Plaintiff's alleged delay in filing her Complaint; the

11   reasonable care allegedly exercised by the Office of the Attorney General to

12   prevent and correct harassing behavior; the bar, if any, to the collection of

13   punitive damages; facts limiting the amount of statutory damages; the

14
15   Attorney General's justification to take the actions complained of; Ms.

16   Severy's waiver and release of her Title VII claims; facts barring Ms.

17   Severy from asserting any or all of her claims, including the allegedly

18
19   exclusive jurisdiction of the CNMI Superior Court.

20
21       6.       Current and former Assistant Attorneys General and members

22              of the Attorney General's Office, including but not limited to:

23              (1)    Assistant Attorney General Janine Udui;

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

(2)    Assistant Attorney General Phil Tydingco;

(3)    Assistant Attorney General Justin Wolosz

(4)    Assistant Attorney General Alex Shapiro

(5)    Assistant Attorney General Alan Barak

(6)    Assistant Attorney General Benjamin Sachs, Esq., Chief, Civil Division

(7)    Assistant Attorney General Edward T. Buckingham

(8)    Assistant Attorney General, James Stump

(9)    Criminal Division Support Staff member Heather Barcinas

(10)   Criminal Division Support Staff member Frieda Demapan

(11)   Criminal Division Support Staff member Esther San Nicolas

(12)   Dan Hocking;

(13)   Blumel Ada (AGO Victim Advocate); and

(14)   Richard Lampkin (formerly of the Office of the Public Auditor).

(15)   Mr. Wilfred Villagomez, AGO Administrative Staff

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

Robert Tenorio Torres
Attorney at Law
1st Floor – D'Torres Building – Garapan
P.O. Box 503758 – Saipan MP 96950 – (670) 233-7859

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

    (16)   Joseph Race, AGO Immigration Division

    (17)   Joseph Kevin Villagomez, Department of Public Health


Upon information and belief, the aforementioned persons may be reached in care of:

> Office of the Attorney General or the Office of the Public Auditor
> Commonwealth of the Northern Mariana Islands
> 2d Floor Hon. Juan A. Sablan Memorial Building
> Caller Box 10007, Capitol Hill
> Saipan, MP 96950
> Tel: (670) 664-2341

Upon information and belief, the aforementioned persons may have personal knowledge of facts and persons having knowledge of facts concerning, but not limited to: Ms. Severy's claims in this case; additional complaints about Mr. Hutton's treatment of female coworkers; the failure and/or refusal of the Attorney General's Office to exercise reasonable care, to undertake remedial measures and to address Mr. Hutton's unlawful acts; and the nature of the investigation undertaken by the Office of the Attorney General in this case.

1

4.    Bertha Camacho
Office of the Public Defender
2        Civic Center Complex
P.O. Box 10000
3        Saipan, MP 96950
Tel. (670) 234-6215
4

5    Ms. Camacho is believed to have knowledge of facts concerning Mr.

6
Hutton's personal and working relationship with Mr. Karen Severy and the
7.
matters alleged in the complaint.
8

9    5.    Diane Cabrera, Esq.
c/o Law Office of Edward Manibusan
10        P.O. Box 7934 SVRB
Tel. (670) 235-6520
11        Fax. (670) 235-6522

12
Ms. Cabrera is believed to have knowledge of facts establishing
13
notice to the Attorney General's Office of Mr. Hutton's improper treatment
14

15    of female professionals and the failure and/or refusal of the Attorney

16    General's Office to undertake remedial measures or address Mr. Hutton's

17    acts.

18

19    6.    Joseph H.  Race
Office of the Attorney General, Immigration Division
20        Commonwealth of the Northern Mariana Islands
2d Floor Hon. Juan A. Sablan Memorial Building
21        Caller Box 10007, Capitol Hill
Saipan, MP 96950
22        Tel: (670) 664-2341

23

1    Mr. Race is believed to have knowledge regarding Mr. David

2  Hutton's conduct and treatment of staff, including female staff, his attitude

3  toward female staff within the Office of the Attorney General, and Mr.

4
   Hutton's conduct while employed in the Office of the Attorney General as
5
   to Ms. Severy and other female employees.
6

7
8         7.    Timothy A. Riera
                Director, U.S. Equal Opportunity Commission
9               Honolulu Local Office
                300 Ala Moana Blvd., Room 7-127
10              Honolulu, HI 96850
                Telephone: (808) 541-3120
11

12    Mr. Reira is believed to have knowledge of facts and persons having

13  knowledge of facts relating to Ms. Severy's complaint of unlawful

14  discrimination; unlawful retaliation; and deprivation of civil rights.
15
16        8.    Frank Gibson, Administrator
                CNMI Office of Personnel
17              P.O. Box 5153, CHRB
                Saipan, MP 96950:
18

19    Mr. Gibson is believed to have knowledge of material facts and

20  persons with knowledge of material facts concerning Ms. Severy's claims in

21  this case; the failure and/or refusal of the Attorney General's Office to
22
   exercise reasonable care, to undertake remedial measures and to address Mr.
23

Hutton's unlawful acts; the nature of the investigation undertaken by the

CNMI Government and the Office of the Attorney General in this case; and

the damages incurred by Ms. Severy as a result of her termination by the

Office of the Attorney General.

9.    Joseph Kevin Villagomez
      Department of Public Health
      Community Guidance Center
      P.O. Box 10000
      Tel. (670) 234-8950

(B) <u>Documents, data compilations, and tangible things in Plaintiff's
    possession, custody, or control that may be used to support her claims:</u>

1.    Documents furnished to and/or compiled by the U.S. Equal
      Employment Opportunity Commission and related to the
      investigation of Ms. Severy's claims.

2.    Documents related to Ms. Severy's contract of employment
      and the early termination thereof.

3.    Documents related to the investigation of Ms. Severy's claims,
      including, but not limited to:

      A.    Letter dated June 23, 2004 from the Office of Personnel
            Management to Karen Severy re Result of Equal
            Employment Opportunity Complaint Investigation
            regarding April 15, 2004 complaint against Mr. David
            Hutton

      B.    Letter dated May 10, 2004 from Karen L. Severy to the
            Office of Personnel Management regarding investigation
            of complaint against David Hutton

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

C.    Memorandum dated May 13, 2004 from Pamela Brown to Edward Buckingham re Clarification of Investigative Assignment and documents related thereto.

D.    Letter dated June 23, 2004 from the Office of Personnel Management to Karen L. Severy regarding result of Equal Employment Opportunity Complaint Investigation regarding April 15, 2004 complaint against Mr. David Hutton

4.    Documents relating to the Office of the Attorney General's placement of Ms. Severy on administrative leave, transfer to the Civil Division, Severy re-assignments, and work assignments.

5.    Memorandum dated September 18, 2003 from Karen L. Severy to David Hutton, Chief Prosecutor concerning Office Problems/Issues

6.    Memorandum dated November 6, 2003 from Phillip Tydingco, Acting Chief Prosecutor to David Hutton, Chief Prosecutor concerning Outstanding Issues

7.    Documents relating to the 2004 UNODC Fellowship Program Nomination of Karen L. Severy and Sponsorship for Australia Conference

8.    Communications from Patrick J.Smith, Esq. to Pamela Brown, Esq.; Karen Severy; and David Hutton re Statements in the Press and responses thereto

9.    Communications from the Office of the Attorney General to Karen Severy re work assignments.

10.   Communications to and from Karen L. Severy and the Office of the Attorney General concerning David Hutton

11.   EEOC Declaration of Deborah L. Covington dated August 29, 2003.

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859

1

     12.    EEOC Declaration of Debra Knapp dated June 24, 2003.

2

3  (C) Damages claimed by Karen L. Severy, including documents or other

4  evidentiary material, not privileged or protected from disclosure, on which

5  such computation is based, including materials bearing on the nature and

6  extent of injuries suffered: Damages claimed by Karen Severy as a result of

7  the acts and omissions alleged in her Complaint, exclusive of attorney's fees

8  and costs incurred in bringing this action are estimated to be in excess of

9

10  $100,000.  Documents and evidentiary material, not privileged or protected

11  from disclosure, reflecting the computation thereof, is currently being

12  accumulated and will be produced as soon as it is available.

13

14  (D) Insurance agreement under which any person carrying on an insurance

15  business may be liable to satisfy part or all of a judgment which may be

16  entered in the action or to indemnify or reimburse for payments made to

17

18  satisfy the judgment: Ms. Severy has no such documents.

19

20  (E) Disclosure of Expert Testimony Pursuant to Rule 26(a)(2): To date, no

21  persons have been designated to present evidence under Rules 702, 703, or

22

23  705 of the Federal Rules of Evidence.  Plaintiff shall supplement these

1    disclosures as and when required by applicable rules of civil procedure.

2

3

4

        Respectfully submitted this ⌊4ᵗ day of October, 2005

5

6

7    _____

        ROBERT TENORIO TORRES, ESQ.
8       Attorney for Plaintiff Karen L. Severy

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Robert Tenorio Torres
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859