**Robert Tenorio Torres**
**Attorney at Law**
1st Floor, D'Torres Bldg.,
P.O. Box 503758
Saipan, MP 96950

Tel: (670) 233-7859
Fax. (670) 233-5749
Attorney for: Plaintiff Karen Linwood Severy

F I L E D
Clerk
District Court

OCT 1 7 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **KAREN LINWOOD SEVERY,** | **Civil Action No. 05-0020** |
| **Plaintiff,** | |
| | **DECLARATION OF SERVICE** |
| **vs.** | |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL; DAVID S. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive,** | |
| **Defendants.** | |

## DECLARATION OF SERVICE

I hereby declare, under penalty of perjury, that I am over the age of 18 years, and not a party to this case and that on the _____14TH_____ day of __October__ 200_5_ , at 3:58 **p.m.** and 4:15 **p.m.,** I personally served upon the Defendants, thru their counsels, G. Anthony Long, Esq and Patrick Civille Esq., a true and correct copy of the:

*Robert Tenorio Torres*
*Attorney at Law*
*1st Floor ~ D'Torres Building ~ Garapan*
*P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859*

1    [ ]    Summons and Complaint

2

3    [ ]    Order dated _____, 200_____.

4    [**XX** ]    Other (SPECIFY) _PLAINTIFF KAREN L. SEVERY'S INITIAL

5    DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a), 26(f), and LR 16.2CJ,

6    in the above-captioned matter.

7    SERVICE MADE AS FOLLOWS:

8

9    [ ]    By delivering it to the aforesaid person.

10    [**XX** ]    By delivering it to the aforesaid person's workplace, received by **Lisa Demoux**

11    who is over the age of 18 and who also work there.

      [XX]    Picked up by Paul Laulor, from Robert T. Torres's Law Office, who is over the

12    age of 18 and working for Patrick Civille's office on Saipan.

13    [ ]    By delivering it to _____, who is an officer

14    or managing agent of the above named individual or corporation.

15    The said service was made at: **G. Anthony Long's Law Office, 2nd Floor Lim's**

16    **Building, San Jose, Saipan and at Robert T. Torres Law Office in Garapan**.

17

      Dated, this ____14th____ day of __October__, 200_5___.

18

19

20

21    NICOLE D. BENJAMIN

22

23

**Robert Tenorio Torres**
Attorney at Law
1st Floor ~ D'Torres Building ~ Garapan
P.O. Box 503758 ~ Saipan MP 96950 ~ (670) 233-7859