FILED
Clerk
District Court

OCT 17 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOD SEVERY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive<br><br>Defendants. | Civil Action No. 05-0020<br><br><u>Case Management Scheduling Order</u> |

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

G. Patrick Civille
Attorney at Law
PMB 86, P.O. Box 10003
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. See <u>Coleman v. Quaker Oats Co.</u>, 232 F.3d 1271, 1294 (9th Cir. 2000).

1

AO 72
(Rev. 8/82)

Case Management Conference was conducted in the above case on October 17, 2005. As a result of the conference,

IT IS ORDERED THAT:

1. All parties are to be joined on or before June 30, 2006.

2. All motions to amend pleadings shall be filed on or before June 30, 2006.

3. All discovery shall be served by May 31, 2006.

4. All discovery motions shall be filed so as to be heard on or before July 27, 2006. The following discovery documents and proofs of service thereof shall not be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then only that part of the document which is in issue shall be filed with the Court:

    a. Transcripts of depositions upon oral examination;
    b. Transcripts of deposition upon written questions;
    c. Interrogatories;
    d. Answers or objections to interrogatories;
    e. Requests for production of documents or to inspect tangible things;
    f. Responses or objections to requests for production of documents or to inspect tangible things;
    g. Requests for admission; and,
    h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - June 15, 2006.

6. Defendant and third-party defendant expert disclosure - July 14, 2006.

7. Expert discovery shall be completed by August 31, 2006.

8. A status conference will be held on June 2, 2006, at 9:30 a.m.

9. All dispositive motions shall be heard on or before October 12, 2006. Said motions shall be filed in accordance with Local Rules 7.1 and/or 56.1.

10. A settlement conference will be held on October 20, 2006, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by November 10, 2006.

AO 72
(Rev. 8/82)

12. A final pretrial conference will be held on November 17, 2006, at 9:00 a.m.

13. The trial in this case shall begin on December 4, 2006, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 17th day of October, 2005, Garapan, Saipan, CNMI.

*Alex R. Munson*
JUDGE ALEX R. MUNSON