F I L E D
Clerk
District Court

APR 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY     ) | Civil Action No. 05-0020 |
| ) | |
| Plaintiff     ) | |
| ) | |
| v.     ) | ORDER SETTING |
| ) | STATUS CONFERENCE |
| COMMONWEALTH OF THE     ) | |
| NORTHERN MARIANA ISLANDS,     ) | |
| *et al.*,     ) | |
| ) | |
| Defendants     ) | |

IT IS ORDERED that a status conference shall be held **Tuesday, May 9, 2006, at 8:00 a.m.** in chambers.

If this matter has been completely settled and the appropriate documents have been filed with the court prior to that date, this conference will come off-calendar

without further order of the court.

DATED this 27th day of April, 2006.

                                          *Alex R. Munson*
                                      ALEX R. MUNSON
                                                Judge

AO 72
(Rev. 08/82)