UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOD SEVERY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive<br><br>Defendants. | Civil Action No. 05-0020<br><br>Notice Rescheduling Status Conference |

Robert T. Torres
Attorney at Law
P.O. Box 503758
Saipan, MP 96950

G. Anthony Long
Attorney at Law
P.O. Box 504970
Saipan, MP 96950

G. Patrick Civille
Attorney at Law
PMB 86, P.O. Box 10003
Saipan, MP 96950

NOTICE IS HEREBY GIVEN that the Status Conference in the above case scheduled for Friday, June 2, 2006, at 9:30 a.m., is rescheduled to 8:30 a.m., on the same date.

DATED this 24th day of May, 2006.

_____
Judge Alex R. Munson

AO 72
(Rev. 08/82)