```
                                                    F I L E D
                                                       Clerk
                                                   District Court
```

**CIVILLE & TANG**
2nd Floor, Cabrera Center
PMB 86, P.O. Box 10003
Saipan, MP 96950-8908
Telephone: (670) 235-1725
Facsimile: (670) 235-1726

JUN 1 5 2006

For The Northern Mariana Islands
By_____
    (Deputy Clerk)

*Attorneys for Defendants*
*Commonwealth of the Northern Mariana Islands and*
*Office of the Attorney General*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL ACTION NO. 05-0020<br><br>STATUS REPORT |

The Commonwealth submits the following status report. The Commonwealth believes that the parties have reached a settlement on the terms discussed at the last status conference. The Commonwealth has circulated a document captioned Settlement Agreement and Mutual Releases, which is to be executed by all parties. The other parties have been providing comments and the document has been revised several times. The amount of the settlement and the terms of payment have been agreed upon. There do not appear to be any serious points of contention, and the last

1 | revision primarily addressed concerns relating to the scope of the releases. The Commonwealth
2 | believes that the version currently being circulated fully incorporates all necessary changes.
3 |     Making allowances for travel schedules, the Commonwealth believes that a final
4 | agreement should be reached by the end of the week. Once the Agreement is finalized, it is
5 | anticipated that the signatures to counterparts can be obtained in short order. Upon execution of
6 | the Settlement Agreement by all parties and their counsel, the parties will submit to the Court a
7 | Stipulation for the Dismissal of the pending action, together with a draft Order of Dismissal.
8 |
9 | DATED: June 14, 2006.
10 |
11 |                         **CIVILLE & TANG**
12 |
13 | By: _____
         G. PATRICK CIVILLE
         *Attorneys for Defendants*
14 |      *Commonwealth of the Northern Mariana*
         *Islands and Office of the Attorney General*