1 | Robert Tenorio Torres
  | Attorney at Law
2 | Plata Drive, Whispering Palms (Chalan Kiya)
  | P.O. Box 503758
3 | Saipan, MP 96950
  | Tel. (670) 234-7859
4 | Fax. (670) 234-5749

5 | Attorney for Plaintiff: Karen L. Severy

6

7 | IN THE UNITED STATES DISTRICT COURT
  | FOR THE NORTHERN MARIANA ISLANDS

8

9 | KAREN LINWOOD SEVERY,                          CIVIL ACTION NO. 05-0020

10 |                    Plaintiff,

11

vs.

12

13 | COMMONWEALTH OF THE                            STIPULATED DISMISSAL WITH
   | NORTHERN MARIANA ISLANDS,                      PREJUDICE
14 | OFFICE OF THE ATTORNEY
   | GENERAL; DAVID W. HUTTON,
15 | individually and in his capacity as a
   | supervisory employee of the Office of the
16 | Attorney General  and the
   | Commonwealth of the Northern Mariana
17 | Islands; and DOES 1-10, inclusive,

18 |                    Defendants.

19

20 |       IT IS HEREBY STIPULATED by and between the parties, through their respective counsel

21 | of record, that the above-captioned matter shall be dismissed with prejudice pursuant to Rule

22 | 41(a)(1) of the Federal Rules of Civil Procedure.  Each party shall bear its own costs and attorney

23 | fees.

24 | //

    | //

1    The District Court shall retain jurisdiction over this matter for purposes of enforcement of the

2  terms of the settlement agreement.

3    SO STIPULATED.

4

5  LAW OFFICE OF ROBERT T. TORRES          CIVILLE & TANG

6

7  By: _____          By: _____
8       ROBERT T. TORRES                     G. PATRICK CIVILLE
         *Attorney for Plaintiff*              *Attorneys for Defendants*
9        *Karen Linwood Severy*                *Commonwealth of the Northern Mariana*
                                              *Islands and Office of the Attorney*
                                              *General*
10

11 Date: August 11, 2006                 Date: August 15, 2006

12

13                                        LAW OFFICE OF G. ANTHONY LONG

14                                        By: _____
15                                             G. ANTHONY LONG
                                              *Attorney for Defendant*
16                                            *David W. Hutton*

17                                        Date: August 11, 2006

18

19

20

21

22

23

24

                                 2