FILED
Clerk
District Court

AUG 22 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Robert Tenorio Torres
   Attorney at Law
2  Plata Drive, Whispering Palms (Chalan Kiya)
   P.O. Box 503758
3  Saipan, MP 96950
   Tel. (670) 234-7859
4  Fax. (670) 234-5749

5  Attorney for Plaintiff: Karen L. Severy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| KAREN LINWOOD SEVERY,<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL; DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive,<br><br>Defendants. | CIVIL ACTION NO. 05-0020<br><br><br><br>ORDER OF DISMISSAL |

After considering the stipulation of the parties, the Court hereby dismisses this matter with prejudice, with each party bearing their own attorney's fees and costs.

1  However, this Court shall retain jurisdiction of this matter for enforcement
2  purposes of the terms of the settlement agreement.
3
4  SO ORDERED this 22ND day of August, 2006.
5
6
7  _____
   HON. JUDGE ALEX R. MUNSON
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22                                                              RECEIVED
23                                                              AUG 2 2 2006
24                                                              Clerk
                                                                District Court
                                                                The Northern Mariana Islands

                                    2