**Robert Tenorio Torres**
**Attorney at Law**
Plata Drive, Whispering Palms (Chalan Kiya)
P.O. Box 503758
Saipan, MP 96950
Tel. (670) 234-7859
Fax. (670) 234-5749

Attorney for Plaintiff: Karen L. Severy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **KAREN LINWOOD SEVERY,** | **CIVIL ACTION NO. 05-0020** |
| **Plaintiff,** | |
| **vs.** | |
| **COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL; DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive,** | **[Proposed] ORDER AS TO PLAINTIFF'S REQUEST FOR STATUS CONFERENCE** |
| **Defendants.** | |

For good cause shown by Plaintiff in her Request for Status Conference and Declaration, it is hereby ORDERED that a Status Conference will be held in this matter on **January 19, 2007 at 10:00 a.m.** All parties are ordered to appear.

1
2     SO ORDERED this _____ day of January, 2007.
3
4
5  _____
   HON. ALEX R. MUNSON
6        Chief Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24