F I L E D
Clerk
District Court

JAN 1 6 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  Robert Tenorio Torres
   Attorney at Law
2  Plata Drive, Whispering Palms (Chalan Kiya)
   P.O. Box 503758
3  Saipan, MP 96950
   Tel. (670) 234-7859
4  Fax. (670) 234-5749

5  Attorney for Plaintiff: Karen L. Severy

6

7
            IN THE UNITED STATES DISTRICT COURT
8           FOR THE NORTHERN MARIANA ISLANDS

9
   KAREN LINWOOD SEVERY,                CIVIL ACTION NO. 05-0020
10
              Plaintiff,
11

12      vs.

13
   COMMONWEALTH OF THE
14 NORTHERN MARIANA                     [Proposed] ORDER AS TO
   ISLANDS, OFFICE OF THE               PLAINTIFF'S REQUEST FOR
15 ATTORNEY GENERAL; DAVID              STATUS CONFERENCE
   W. HUTTON, individually and in
16 his capacity as a supervisory
   employee of the Office of the
17 Attorney General and the
   Commonwealth of the Northern
18 Mariana Islands; and DOES 1-10,
   inclusive,
19
              Defendants.
20

21

22

23     For good cause shown by Plaintiff in her Request for Status Conference and

24 Declaration, it is hereby ORDERED that a Status Conference will be held in this

   matter on **January 19, 2007 at 10:00 a.m.** All parties are ordered to appear.

1

2   SO ORDERED this 16TH day of January, 2007.

3

4

5   _____
    HON. ALEX R. MUNSON
6          Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2