1  **CIVILLE & TANG**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP 96950-8908
3  Telephone: (670 235-1725
   Facsimile: (670) 235-1726
4
   *Attorneys for Defendants*
5  *Commonwealth of the Northern Mariana Islands and*
   *Office of the Attorney General*
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    FOR THE NORTHERN MARIANA ISLANDS
10

11 | KAREN LINWOOD SEVERY,              )   CIVIL ACTION NO. 05-0020
                                        )
12 |         Plaintiff,                 )
                                        )
13 |    vs.                             )   **DEFENDANTS CNMI AND OFFICE OF**
                                        )   **THE ATTORNEY GENERAL'S**
14 | COMMONWEALTH OF THE NORTHERN       )   **REQUEST FOR COUNSEL TO APPEAR**
     MARIANA ISLANDS, OFFICE OF         )   **VIA TELEPHONE**
15 | THE ATTORNEY GENERAL,              )
     DAVID W. HUTTON, individually and in his )
16 | capacity as a supervisory employee of the )  Date:  January 19, 2007
     Office of the Attorney General and the )    Time:  10:00 a.m.
17 | Commonwealth of the Northern        )       Judge: Hon. Alex R. Munson
     Mariana Islands; and DOES 1-10, inclusive, )
18 |                                    )
                                        )
19 |         Defendants.                )
     _____ )
20

21     Defendants Commonwealth of the Northern Mariana Islands and Office of the Attorney

22 General hereby request an order allowing their counsel, G. Patrick Civille, to appear

23 ///

24 ///

25 ///

1  telephonically at the hearing on Plaintiff's Request for Status Conference scheduled for Friday,
2  January 19, 2007 at 10:00 a.m. Mr. Civille's telephone number is (671) 472-8868/69. The basis
3  for this request is that the hearing has been set on short notice and counsel has commitments on
4  Guam which he has not been able to reschedule.
5      Respectfully submitted this 18th day of January, 2007.

        **CIVILLE & TANG, PLLC**

By: _____
    **G. PATRICK CIVILLE**
    *Attorneys for Defendants*
    *Commonwealth of the Northern*
    *Mariana Islands and Office*
    *of the Attorney General*