1  **CIVILLE & TANG**
   2nd Floor, Cabrera Center
2  PMB 86, P.O. Box 10003
   Saipan, MP 96950-8908
3  Telephone: (670 235-1725
   Facsimile: (670) 235-1726
4
   *Attorneys for Defendants*
5  *Commonwealth of the Northern Mariana Islands and*
   *Office of the Attorney General*
6

7          **IN THE UNITED STATES DISTRICT COURT**
           **FOR THE NORTHERN MARIANA ISLANDS**
8

| | |
|---|---|
| KAREN LINWOOD SEVERY, | CIVIL ACTION NO. 05-0020 |
| Plaintiff, | |
| vs. | **ORDER GRANTING REQUEST TO PARTICIPATE BY TELEPHONE** |
| COMMONWEALTH OF THE NORTHERN MARIANA ISLANDS, OFFICE OF THE ATTORNEY GENERAL, DAVID W. HUTTON, individually and in his capacity as a supervisory employee of the Office of the Attorney General and the Commonwealth of the Northern Mariana Islands; and DOES 1-10, inclusive, | Date: January 19, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Alex R. Munson |
| Defendants. | |

IT IS HEREBY ORDERED that the request of Defendants Commonwealth of the Northern Mariana Islands and Office of the Attorney General for an order allowing their counsel, G. Patrick Civille, to participate by telephone at the status conference scheduled for Friday, January 19, 2007 at 10:00 a.m. is hereby GRANTED. Mr. Civille is instructed to be available at (671) 472-8868 or 472-8869.

SO ORDERED this _____ day of January, 2007.

                                                  HON. ALEX R. MUNSON
                                                  CHIEF JUDGE